**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JIM LAWRY, et al. : | |
| Plaintiffs, : | Case No. 1:17-cv-00896 |
| v. : | Judge Solomon Oliver, Jr. |
| HORSESHOE CLEVELAND : MANAGEMENT, LLC. : | MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR JULY 11, 2017 |
| Defendant. : | |

Defendant, Horseshoe Cleveland Management, LLC, by and through counsel, moves this Honorable Court to continue the Case Management Conference ("CMC") scheduled for July 11, 2017. Ryan Morley and Patricia Krewson, counsel for Defendant, request this continuance as the CMC is scheduled to occur at the same time as defense counsel will be taking previously scheduled depositions in another matter. The July 11th deposition is part of three consecutive days of depositions, where both parties to that matter are attending the depositions from outside the state of Ohio. Plaintiffs' counsel has no objection to the requested continuation of the CMC.

Respectfully submitted,

/s/ *Ryan J. Morley*
Ryan J. Morley (0077452)
Patricia F. Krewson (0076539)
Morena L. Carter (0088825)
LITTLER MENDELSON, P.C.
1100 Superior Avenue, 20th Floor
Cleveland, Ohio 44114
Phone(216) 696-7600; Fax: (216) 696-2038
Email: rmorley@littler.com
pkrewson@littler.com
mlcarter@littler.com

*Attorneys for Defendant, Horseshoe Cleveland Management, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Defendant's Motion to Continue Case Management Conference Scheduled for July 11, 2017* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Ryan J. Morley
Ryan J. Morley

*One of the Attorneys for Defendant,
Horseshoe Cleveland Management, LLC*

Firmwide:148504689.1 093891.1000