IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JIM LAWRY and RONDA LAWRY, et al. | : | |
| | : | |
| Plaintiffs, | : | Case No. 1:17-cv-00896 |
| | : | |
| v. | : | Judge Solomon Oliver, Jr. |
| | : | |
| HORSESHOE CLEVELAND MANAGEMENT, LLC, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Patricia F. Krewson, of Littler Mendelson, respectfully requests the Court for an Order to withdraw as counsel for Defendant Horseshoe Cincinnati Management, LLC ("Horseshoe Cincinnati") as Ms. Krewson is leaving the firm. Attorneys Ryan J. Morley and Morena L. Carter will remain as counsel for Horseshoe Cincinnati.

Respectfully submitted,

/s/ Patricia F. Krewson
Ryan J. Morley (0077452)
Patricia F. Krewson (0076539)
Morena L. Carter (088825)
LITTLER MENDELSON, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH  44114
Telephone: 216.696.7600
Facsimile: 216.696.2038
Email: rmorley@littler.com
pkrewson@littler.com
mlcarter@littler.com

*Attorneys for Defendant*
*Horseshoe Cleveland Management, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Motion to Withdraw as Counsel of Record* was filed electronically on this 1st day of December, 2017.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

>  */s/ Patricia F. Krewson*
>  Patricia F. Krewson
>
>  *One of the Attorneys for Defendant,*
>  *Horseshoe Cleveland Management, LLC*

Firmwide:151498428.1 093891.1001