**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

MINUTES OF PROCEEDINGS – CIVIL

| | |
|---|---|
| Lawry *et al.*, | ) Case No. 1:17-cv-00896 |
| | ) |
| Plaintiffs, | ) DATE:  March 7, 2018 |
| | ) |
| v. | ) COURT REPORTER:  N/A |
| | ) |
| Jack Entertainment, LLC *et al.*, | ) JUDGE SOLOMON OLIVER, JR. |
| | ) |
| Defendants. | ) MAGISTRATE JUDGE DAVID A. RUIZ |

Attorney(s) for Plaintiff(s):
Christopher P. Wido

Attorney(s) for Defendant(s):
Ryan J. Morley
Morena L. Carter

PROCEEDINGS:  The Court held a settlement conference on March 7, 2018.   The case did not settle.

Total Time:   6 hours

s/ *David A. Ruiz*, March 7, 2018
U.S. Magistrate Judge