IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JIM LAWRY | ) | CASE NO.: 1:17-cv-00896 |
| Plaintiff, | ) | |
| | ) | JUDGE: SOLOMON OLIVER, JR. |
| v. | ) | **STIPULATION OF DISMISSAL** <u>***WITHOUT***</u> **PREJUDICE** |
| HORSESHOE CLEVELAND MANAGEMENT, LLC | ) | |
| Defendant. | ) | |

Now come Plaintiffs Jim Lawry and Ronda Lawry, and Defendant Horseshoe Cleveland Management, LLC, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the voluntary dismissal of this action, without prejudice. Each party is to bear its own costs.

Respectfully submitted,

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
4/24/2018

/s/ Christopher P. Wido
Christopher P. Wido (0090441)
THE SPITZ LAW FIRM, LLC
25200 Chagrin Blvd. Suite 200
Beachwood, OH 44122
Phone: (216) 291-4744
Fax: (216) 291-5744
Email: chris.wido@spitzlawfirm.com

*Attorney for Plaintiffs Jim and Ronda Lawry*

/s/Ryan J. Morley (with consent)
Ryan J. Morley (0077452)
Morena L. Carter (0088825)
LITTLER MENDELSON, P.C.
1100 Superior Avenue
20th Floor
Cleveland, OH  44114
Telephone: 216.696.7600
Facsimile: 216.696.2038
Email: rmorley@littler.com
　　　　mlcarter@littler.com

*Attorneys for Defendant*
*Horseshoe Cleveland Management, LLC*